IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -8 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00662-CMA-KMT

DANA COOPER,

    Plaintiff,

v.

C/O STARNER
LT CARPENTER, and
C/O UMMEL,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

    THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

    ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: April __7__, 2009

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00662-CMA-KMT

Dana Cooper
Prisoner No. 135056
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

C/O Starner, Lt. Carpenter, and C/O Ummel – **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on C/O Starner, Lt. Carpenter, and C/O Ummel: COMPLAINT FILED 3/25/09, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/8/09 .

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk